Plaintiff's Name Demetrius Jevon Davis
Prisoner No. #2759504
Institutional Address 12500 Bruceville Rd
Elk Grove, CA 95757 - Bed - H-10
Rio Cosmunes Correctional Center

**FILED**
JAN 18 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Demetrius Jevon
*(Enter your full name)*
v.

Medcial-Staff
1) DR. Saba - Doctor
2) ManJeet - RN
3) Aruna Singh - RN

*(Enter the full name(s) of all defendants in this action)*

Case No. 3:22-cv-00010-JCS
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement  Rio Cosumnes Correctional Center

B. Is there a grievance procedure in this institution?  ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: _____

2. First formal level: yes _____

3. Second formal level: __yes__

4. Third formal level: __yes__

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES      ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
__I did that__

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
__NO__

B. For each defendant, provide full name, official position and place of employment.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Demetrius brings suite against Sacramento County, it's sherrif, the Rio Cosumnes Correctional Center, and unspecified Jail medcial staff (collectively) regarding care for a broken hand and my lower back.

ECF No 1 Demetrius Jevon Davis alleges as follows. February 2019, Demetrius Jevon Davis slipped and fall in the shower at the RCCC breaking hand and wrist and damages lower back. According to DR. Saba the hand should have been rebroken and screws put in my hand but never happed. Demetrius Jevon Davis experienced issues with repeated X-rays. Demetrius Jevon Davis hand is healing incorrectly, and back and hand Demetrius Jevon Davis received no medication, and only treatment for fracture was a soft splint. Demetrius Jevon Davis hand and lower back is still in pain

Medcial Staff
1) DR Saba - Doctor
2) Ariua Singh - RN
3) ManJeet - RN

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I am Sueing for pain and suffing prementante damages medcial cost and compenstaion, the amout $ five hundred thousand dollars.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1-11-22

Signature of Plaintiff