UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS DAVIS,
        Plaintiff,

v.

SABA, et al.,
        Defendants.

Case No. 22-cv-00010-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at the Rio Cosumnes Correctional Center, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 10, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge